UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

DEANDRA B.,[1]                                  )
                                                )
                        Plaintiff,              )
                                                )
            v.                                  )        No. 3:25-cv-00106-RLY-CSW
                                                )
FRANK BISIGNANO,                                )
                                                )
                        Defendant.              )

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff Deandra B., appearing *pro se*, objects to the Magistrate Judge's Report

and Recommendation recommending that the Commissioner's decision denying his Title

II application for disability insurance benefits be affirmed.  Plaintiff argues that he "was

unaware of [his] Disability on Magnesium" and that he has a "new Disability" called

cervical radiculopathy.[2]

The court reviews objections to a magistrate judge's recommended disposition *de*

*novo*.  Fed. R. Civ. P. 72(b)(3).  The court "may accept, reject, or modify the

recommended disposition; receive further evidence; or return the matter to the magistrate

judge with instructions."  *Id.*

---

[1] To protect the privacy interest of claimants for Social Security benefits, consistent with the recommendation of the Court Administration and Case Management Committee of the Administrative Office of the United States Courts, the Southern District of Indiana has opted to use only the first name and last initial of non-governmental parties in its Social Security judicial review opinions.

[2] Before the Magistrate Judge, Plaintiff challenged the ALJ's decision for failing to address his "new diagnosis" of spinal stenosis.  (Dkt. 12 at 1).

The court, having thoroughly reviewed the Magistrate Judge's Report and Recommendation, the underlying briefs, Plaintiff's objections, the Commissioner's response, the designated evidence, and the applicable law, finds Plaintiff's objection (Dkt. 17) should be **OVERRULED**.  As the Magistrate Judge explained, "[T]o the extent Claimant argues that a new diagnosis or symptoms arising since his application for benefits should be addressed, the appropriate course of action is not judicial review of the ALJ's decision but instead to submit a new application."  (Dkt. 16 at 7).

The Commissioner's decision denying benefits is **AFFIRMED**.  Judgment shall issue by separate Order.


**IT IS SO ORDERED** this 13th day of July 2026.


RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Distribution: All ECF-registered counsel of record via email

DEANDRA BRYANT
717 Cherry Street
Apt. 412
Evansville, IN 47713

2